**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TRAVIS MOYA, | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION FILE NO. |
| | ) 1:22-cv-02942 |
| v. | ) |
| | ) |
| CITY OF ALPHARETTA, ALPHARETTA | ) |
| POLICE CHIEF JOHN ROBISON, | ) |
| ALPHARETTA POLICE LIEUTENANT R.A. | ) |
| SPLAWN, ALPHARETTA POLICE OFFICER | ) |
| MICHAEL ESPOSTIO, ALPHARETTA | ) |
| POLICE OFFICER J.J. FRUDDEN, | ) |
| ALPHARETTA POLICE OFFICER | ) |
| CHRISTOPHER BENFIELD | ) |
| | ) |
| Defendants | ) |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

COMES NOW Madeleine Simmons, pursuant to Local Rule 83.1D(1), NDGa, and hereby enters her appearance as counsel for Plaintiff Travis Moya in the above-captioned action. All future communications, notices, orders, and pleadings should include the undersigned counsel.

Respectfully submitted, this 4th day of August, 2022.

/s/ Madeleine Simmons
Madeleine Simmons
Georgia Bar No. 822807

1

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
msimmons@smstrial.com
dlee@smstrial.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TRAVIS MOYA, | ) |
| | ) |
|        Plaintiffs, | ) CIVIL ACTION FILE NO. |
| | ) 1:22-cv-02942 |
| v. | ) |
| | ) |
| CITY OF ALPHARETTA, ALPHARETTA | ) |
| POLICE CHIEF JOHN ROBISON, | ) |
| ALPHARETTA POLICE LIEUTENANT R.A. | ) |
| SPLAWN, ALPHARETTA POLICE OFFICER | ) |
| MICHAEL ESPOSTIO, ALPHARETTA | ) |
| POLICE OFFICER J.J. FRUDDEN, | ) |
| ALPHARETTA POLICE OFFICER | ) |
| CHRISTOPHER BENFIELD | ) |
| | ) |
|        Defendants | ) |

**<u>CERTIFICATION OF FONT</u>**

Counsel for Plaintiff Travis Moya certifies that this NOTICE OF ENTRY OF APPEARANCE OF COUNSEL has been prepared with Times New Roman font, 14 point, and therefore it complies with the requirements of L.R. 5.1, NDGa.

Respectfully submitted, this 4th day of August, 2022.

/s/ Madeleine Simmons
Madeleine Simmons
Georgia Bar No. 822807

STEWART MILLER SIMMONS TRIAL
ATTORNEYS
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
msimmons@smstrial.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TRAVIS MOYA, | ) |
| | ) |
|        Plaintiffs, | ) CIVIL ACTION FILE NO. |
| | ) 1:22-cv-02942 |
| v. | ) |
| | ) |
| CITY OF ALPHARETTA, ALPHARETTA | ) |
| POLICE CHIEF JOHN ROBISON, | ) |
| ALPHARETTA POLICE LIEUTENANT R.A. | ) |
| SPLAWN, ALPHARETTA POLICE OFFICER | ) |
| MICHAEL ESPOSTIO, ALPHARETTA | ) |
| POLICE OFFICER J.J. FRUDDEN, | ) |
| ALPHARETTA POLICE OFFICER | ) |
| CHRISTOPHER BENFIELD | ) |
| | ) |
|        Defendants | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, I served a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send notification to all counsel of record.

Respectfully submitted, this 4th day of August, 2022.

3

/s/ Madeleine Simmons
Madeleine Simmons
Georgia Bar No. 822807


**STEWART MILLER SIMMONS TRIAL
ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
msimmons@smstrial.com