IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRAVIS MOYA, | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION FILE NO. |
| | ) 1:22-cv-02942 |
| v. | ) |
| | ) |
| CITY OF ALPHARETTA, ALPHARETTA POLICE CHIEF JOHN ROBISON, ALPHARETTA POLICE LIEUTENANT R.A. SPLAWN, ALPHARETTA POLICE OFFICER MICHAEL ESPOSTIO, ALPHARETTA POLICE OFFICER J.J. FRUDDEN, ALPHARETTA POLICE OFFICER CHRISTOPHER BENFIELD | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants | ) |

## NOTICE OF FILING

Notice is hereby given of the filing of civil cover sheet of the above -stated civil action to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached as Exhibit "1."

Respectfully submitted, this 8th day of August, 2022.

/s/ L. Chris Stewart
L. Chris Stewart
Georgia Bar No. 142289

1

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
<u>dlee@smstrial.com</u>

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TRAVIS MOYA, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION FILE NO. |
| ) | 1:22-cv-02942 |
| v. ) | |
| ) | |
| CITY OF ALPHARETTA, ALPHARETTA ) | |
| POLICE CHIEF JOHN ROBISON, ) | |
| ALPHARETTA POLICE LIEUTENANT R.A. ) | |
| SPLAWN, ALPHARETTA POLICE OFFICER ) | |
| MICHAEL ESPOSTIO, ALPHARETTA ) | |
| POLICE OFFICER J.J. FRUDDEN, ) | |
| ALPHARETTA POLICE OFFICER ) | |
| CHRISTOPHER BENFIELD ) | |
| ) | |
| Defendants ) | |

## **CERTIFICATION OF FONT**

Counsel for Plaintiff Travis Moya certifies that this NOTICE OF FILING has been prepared with Times New Roman font, 14 point, and therefore it complies with the requirements of L.R. 5.1, NDGa.

Respectfully submitted, this 8TH day of August, 2022.

/s/ L. Chris Stewart
L. Chris Stewart
Georgia Bar No. 142289

3

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
dlee@smstrial.com

4