# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TRAVIS MOYA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:22-CV-02942-ELR |
| | * | |
| CITY OF ALPHARETTA, | * | |
| ALPHARETTA POLICE CHIEF | * | |
| JOHN ROBISON, ALPHARETTA | * | |
| POLICE LIEUTENANT R.A. | * | |
| SPLAWN, ALPHARETTA POLICE | * | |
| OFFICER MICHAEL ESPOSITO, | * | |
| ALPHARETTA POLICE OFFICER | * | |
| J.J FRUDDEN, ALPHARETTA | * | |
| POLICE OFFICER CHRISTOPHER | * | |
| BENFIELD, | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**O R D E R**
_____

The Court **DIRECTS** Plaintiff Travis Moya to file a Certificate of Interested Persons in accordance with Local Rule 3.3 within seven (7) days from the date of entry of this order.  See LR 3.3, NDGa.  If Plaintiff fails to file the Certificate of Interested Persons within the seven (7)-day period, the Court **DIRECTS** the Clerk to submit this action to the undersigned.

**SO ORDERED**, this 16th day of November, 2022.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia