# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRAVIS MOYA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF ALPHARETTA, | ) CIVIL ACTION NO. |
| ALPHARETTA POLICE CHIEF | ) 1:22-cv-02942-ELR |
| JOHN ROBISON, ALPHARETTA | ) |
| POLICE LIEUTENANT ROLAND | ) |
| ANDREW SPLAWN, | ) |
| ALPHARETTA POLICE OFFICER | ) |
| MICHAEL ESPOSITO, | ) |
| ALPHARETTA POLICE OFFICER | ) |
| JASON JOHN FRUDDEN, | ) |
| ALPHARETTA POLICE OFFICER | ) |
| CHRISTOPHER T. BENFIELD, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3 of the Local Rules of this Court, undersigned counsel hereby certifies that based on presently-known information, knowledge, and belief, the following is a complete list of all parties, persons, associations of persons, firms, partnerships or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this case, and the names of each person serving as a lawyer in this proceeding:

(1) Undersigned counsel hereby certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Travis Moya
- Defendant City of Alpharetta
- Defendant Alpharetta Police Chief John Robison
- Defendant Alpharetta Police Lieutenant Roland Andrew Splawn
- Defendant Alpharetta Police Officer Michael Esposito
- Defendant Alpharetta Police Officer Jason John Frudden
- Defendant Alpharetta Police Officer Christopher T. Benfield

(2) Undersigned counsel further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Insurance companies providing liability coverage to Defendants.

(3) Undersigned counsel further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding

- Stewart Miller Simmons Trial Attorneys
- Dianna J. Lee, *Counsel for Plaintiff*

- Madeleine M. Simmons, *Counsel for Plaintiff*

- Freeman Mathis & Gary, LLP

- Kathleen A. Taylor, *Counsel for Defendants*

- Wesley C. Jackson, *Counsel for Defendants*

- Wayne S. Melnick *Counsel for Defendants*

The undersigned, in accordance with L.R. 7.1 and 5.1(C), hereby certifies that the type font used herein is 13-Point Book Antigua font.

Respectfully submitted this 17th day of November, 2022.

/s/ Dianna J. Lee
L. Chris Stewart
Georgia Bar No. 142289
*Counsel for Plaintiff*

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
(470) 344-6719 fax
dlee@smstrial.com

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that I have this date electronically filed the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record in this action.

Respectfully submitted this 17th day of November 2022.

/s/ Dianna J. Lee
Dianna J. Lee
Georgia Bar No. 163391

**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, Gerogia 30308
(844) 874-2500 main
(470) 344-6719 fax
dlee@smstrial.com